# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### NOTICE OF DOCKETING - Short Form

June 28, 2022

**To:** Joel W. Turner
　　　Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| |
|---|
| Appellate Case No: 22-2137 |
| Caption:<br>RICHARD S. SCHNEITER,<br>　　　Plaintiff - Appellant<br>v.<br>KEVIN CARR, et al.,<br>　　　Defendants - Appellees |
| District Court No: 3:21-cv-00135-jdp<br>District Judge James D. Peterson<br>Clerk/Agency Rep Joel W. Turner<br>Date NOA filed in District Court: 06/28/2022 |

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**　　(form ID: **188**)